DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

CORDARO ANTWAN HARDIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2710
_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.


PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.